## Bonner's Case.

Argued December 6, 1934. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*George J. Edwards, Jr.,* for appellant.

*C. Brewster Rhoads,* with him *Frank W. Melvin,* Chairman for the Committee of Censors, Philadelphia Bar Association, for appellee.

PER CURIAM, January 7, 1935:

The decree of disbarment is affirmed on the opinion of the court below, which considered the case as a court in banc. Costs to be paid by appellant.